UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ESTHER GRACE SIMMONS, )
)
    Plaintiff, )
)
    v. ) Civil Action No. 1:05CV01828
)
CHRISTOPHER COX, )
as and in his capacity as )
CHAIRMAN OF THE )
SECURITIES & EXCHANGE COMMISSION, )
)
    Defendant. )
)

## AFFIDAVIT OF SERVICE

SHIRLEY EPPS deposes and states:

    1.    I am a competent person over 18 years of age, and am not a party to the above-captioned case.

    2.    On September 20, 2005, I served the defendant in this case, by mailing summonses and copies of the complaint by certified mail/return receipt to Alberto Gonzalez, Esq., Attorney General, U.S. Department of Justice, 950 Pennsylvania Avenue, N.W., Washington, D.C. 20530-0001, and Giovanni Prezioso, Esq., General Counsel, Securities and Exchange Commission, 100 F Street, N.E., Washington, D.C. 20549. A copy of the certified mail receipts is attached hereto.

    3.    Both Alberto Gonzalez, Esq., and Giovanni Prezioso, Esq., received the summons and a copy of the complaint on September 26, 2005, as indicated by the domestic return receipts attached hereto.

## **VERIFICATION**

I have read this affidavit and certify under penalty of perjury that the statements made in it are true and correct to the best of my knowledge and belief.

Executed at Washington, D.C. this __31__ day of October, 2005.

*Shirley Epps*
SHIRLEY EPPS