UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ESTHER GRACE SIMMONS,            )
                                 )
    Plaintiff,                   )
                                 )
v.                               )   Civil Action No. 1:05CV01828
                                 )
CHRISTOPHER COX,                 )
as and in his capacity as        )
CHAIRMAN OF THE                  )
SECURITIES & EXCHANGE COMMISSION,)
                                 )
    Defendant.                   )
_____)

## AFFIDAVIT OF SERVICE

THAD GRAHAM deposes and states:

1. I am a competent person over 18 years of age, and am not a party to the above-captioned case.

2. I am employed by Quick Messenger Service, 4829 Fairmont Avenue, Suite Bethesda, MD 20814-6096.

3. On September 19, 2005, I personally served the defendant in this case, by handing Shauna Robinson, in the United States Attorney's Office, located at 555 4th Street, N.W., Washington, D.C. 20530, the summons and a copy of the complaint.

I have read this affidavit and certify under penalty of perjury that the statements made in it are true and correct to the best of my knowledge and belief.

Executed at Washington, D.C. this 28 day of October, 2005.

_____
THAD GRAHAM

SUBSCRIBED AND SWORN to before me this 28 day of October, 2005.

_____
NOTARY PUBLIC
Shirley F. Epps
Notary Public, District of Columbia
My Commission Expires 06-30-2009