UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ESTHER GRACE SIMMONS** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-1828 (RCL) |
| | ) |
| **CHRISTOPHER COX,** | ) |
| as and in his capacity as | ) |
| **CHAIRMAN OF THE SECURITIES** | ) |
| **AND EXCHANGE COMMISSION,** | ) |
| | ) |
| Defendant. | ) |
| | ) |

**ORDER**

Defendant Christopher Cox, in his capacity as Chairman of the Securities and Exchange Commission has filed an answer. Therefore, a Local Rule 16.3 Conference shall be held within fifteen (15) days of this date between plaintiff and defendant. Within ten (10) days thereafter, a report shall be filed with the Court, along with a proposed scheduling order. The Proposed Scheduling Order required by Rule 16.3(d) shall be submitted in Word Perfect (preferred) or Microsoft Word format by email to

SO ORDERED.


Signed by Royce C. Lamberth, United States District Judge, November 21, 2005.