MeetandConferStatement.doc

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTHER GRACE SIMMONS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:05CV01828 (RCL) |
| | ) |
| CHRISTOPHER COX, | ) |
| as and in his capacity as | ) |
| CHAIRMAN OF THE | ) |
| SECURITIES & EXCHANGE COMMISSION, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

REPORT OF PARTIES' RULE 26(F) CONFERENCE

Pursuant to F.R.Civ. P. 26(f), LCvR 16.3, and the Court's Order of November 21, 2005, a conference was held and was participated in by:

Maria Bremis, counsel for Plaintiff Esther Grace Simmons, and

Heather Graham-Oliver, counsel for Defendant Christopher Cox.

The parties submit the following report of that conference.

1)  Plaintiff does not believe that the case is likely to be disposed of by summary judgment; however, the Defendant intends to file a Motion for Summary Judgment after the close of discovery.

2)  The parties agree that there are no other parties to join. The parties also agree that the issues are: 1) whether the Securities and Exchange Commission (the Agency) discriminated against plaintiff on the basis of her race or gender in removing her from her position with the Agency, and 2) whether, in removing plaintiff, the Agency retaliated against her for prior EEO activities.

  3)  The parties agree that the case should not be assigned to a Magistrate Judge for <u>all</u> purposes. The parties do not object to the Court's assigning discovery disputes to a Magistrate Judge.

  4)  In the informal stage of her administrative EEO complaint, plaintiff made a settlement proposal. The Agency did not respond to the proposal at that time. Defendant finds the settlement proposal made by plaintiff at the informal stage of her administrative complaint unacceptable. Plaintiff's counsel believe that the case has a realistic possibility of settling.

  5)  Both parties are receptive to the Court's referring this case to ADR before they begin discovery.

  6)  Subject to amendment if the Court refers this case to early ADR, the parties propose the following due dates concerning dispositive motions:

| | |
|---|---|
| May 31, 2006 | Proposed deadline for filing dispositive motions |
| June 16, 2006 | Proposed deadline for filing oppositions |
| June 30, 2006 | Proposed deadline for filing replies |
| July 30, 2006 | Proposed date for decision(s) on dispositive motions |

  7)  The parties agree that they will serve initial disclosures. Plaintiff's and defendant's initial disclosures are currently due to be served by January 5, 2005.

  8)  The parties agree that a protective order is needed and will file one in the near future. Subject to amendment if the Court refers this case to early ADR, the parties propose a completion date for all discovery of April 21, 2006.

  9)  The parties have not yet determined whether the case requires expert witnesses. However, the parties reserve their right under F.R.Civ. P. Rule 26(a)(2) to exchange expert witness reports and information.

Should the parties decide that expert witnesses are required, they will adhere to the following schedule:

>Plaintiff's expert report due: February 21, 2006

>Defendant's expert report due: March 21, 2006

10) N/A.

11) The parties agree that the trial and discovery should not be bifurcated or managed in phases.

12) The parties propose September 1, 2006, as the date for the pretrial conference.

13) The parties agree that the Court should set a trial date at the pretrial conference.

14) The parties do not think they need to include any other information in the Scheduling Order.

Respectfully submitted,

_____/s/_____
Alan Banov (D.C. Bar No. 95059)
Maria Bremis (D.C. Bar No. 475822)
ALAN BANOV & ASSOCIATES
1819 L Street, N.W., Suite 700
Washington, D.C. 20036-3830
(202) 822-9699
Fax: (202) 842-9331
ab@banovlaw.com
Attorneys for Plaintiff


_____/s/_____
Kenneth L. Wainstein (D.C. Bar No. 451058)
U.S. Attorney


_____/s/_____
R. Craig Lawrence (D.C. Bar No. 171538)
Assistant U.S. Attorney

4

                    _____/s/_____
                    Heather Graham-Oliver
                    Assistant U.S. Attorney
                    555-4th Street, N.W.
                    10th Floor
                    Washington, DC 20530
                    (202) 305-1334
                    Heather.Graham-Oliver@usdoj.gov
                    Attorneys for Defendant

Case 1:05-cv-01828-RCL    Document 11    Filed 12/16/2005    Page 5 of 5

5