UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ESTHER GRACE SIMMONS**            ) | |
| )| |
|     **Plaintiff,**             ) | |
| ) | |
|     v.                          ) | Civil Action No. 05-1828 (RCL) |
| ) | |
| **CHRISTOPHER COX,**              ) | |
| as and in his capacity as         ) | |
| **CHAIRMAN OF THE SECURITIES**    ) | |
| **AND EXCHANGE COMMISSION,**      ) | |
| ) | |
|     **Defendant.**              ) | |

**ORDER**

Upon consideration of the Report of Parties' Rule 26(f) Conference and the record herein, it is this hereby

ORDERED that the parties will observe the following deadlines:

| | |
|---|---|
| February 21, 2006 | Plaintiff's expert report |
| March 21, 2006 | Defendant's expert report |
| May 21, 2006 | Completion date for all discovery |
| June 31, 2006 | Deadline for filing dispositive motions |
| July 16, 2006 | Deadline for filing oppositions |
| July 30, 2006 | Deadline for filing replies |
| September 1, 2006 | Tentative Pretrial conference |

and it is further

ORDERED that the matter will be referred to ADR prior to the end of discovery.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, January 24, 2006.