UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ESTHER GRACE SIMMONS, | : |
|  | : |
| Plaintiff, | : |
|  | : |
| V. | : CASE NUMBER: 05-1828 |
|  | : |
| CHRISTOPHER COX, | : JUDGE: Royce C. Lamberth |
| as and in his capacity as | : |
| CHAIRMAN OF THE | : |
| SECURITIES AND EXCHANGE | : |
| COMMISSION, | : |
|  | : |
| Defendant. | : |

**CONSENT MOTION TO AMEND SCHEDULING ORDER AND ENLARGE TIME FOR REMAINING DISCOVERY AND SUMMARY JUDGMENT BRIEFING**

Defendant, the Securities Exchange Commission (SEC) pursuant to Rule 6, Fed. R. Civ. P., respectfully moves to amend the current scheduling order and enlarge the time for the remaining dispositive motion briefing. The due dates requested in this motion were selected in consultation with plaintiff's counsel, who consents to the entry of the relief requested by this motion.

The current scheduling order is as follows:

| May 21, 2006 | Completion date for all discovery |
|---|---|
| June 31, 2006 | Deadline for filing dispositive motions |
| July 16, 2006 | Deadline for filing oppositions |
| July 30, 2006 | deadline for filing replies |
| September 1, 2006 | Tentative Pretrial Conference |

By way of background, this is a Title VII action in which plaintiff is alleging retaliation, as well as race and gender discrimination as a result of her termination from the SEC. The parties agreed to ADR prior to the end of discovery and the mediation session was held on April 6, 2006, but was not successful.

To date, the parties have completed written discovery and have drafted a stipulated protective order to be signed by the Court. The parties now wish to take depositions; however, none of the depositions have been scheduled to date. The extended time schedule will give the parties the opportunity to complete all necessary depositions.

Good cause exists for the granting of this motion. The completion of discovery has been complicated by the travel schedules, including family vacation schedules, of the people whose input is necessary for the preparation of discovery submissions, including counsel for the parties. In addition to those complications, undersigned counsel must prepare defendant SEC's responses while simultaneously discharging her responsibilities in other cases. A representative, non-exclusive sample of those responsibilities include, but are not limited to:

- Preparing, serving and responding to discovery requests on behalf of the United States in Kalil v. USDA, Civ. Act. No. 01-2194 (RJL).

- Continuing efforts to negotiate a settlement in Schmidt v. Dep't of Labor, D.C. Cir. Case No. 04-5405 (mediation on-going).

- Continuing efforts to negotiate a settlement in Rountree v. USDA, D.C. Cir. Case No. 06-5056.

- Investigating and Responding to the complaint in Legnini v. U.S.A, Civ. No. 06-0012 (RJL).

- Investigating and Responding to the complaint in Ball v. U.S.A., Civ. Act. No. 06-0059 (RMU)

- Preparing and filing Reply to Opposition to Motion for summary Affirmance in Nurriddin v. Griffin, D.C. Cir. Case No. 05-5386.

- Preparing and filing Opposition to Motion for New Trial in George v. E.P.A., Civ. Act. No. 03-5356 (JR)

In short the requested enlargement is reasonably necessary to allow completion of discovery.

## CONCLUSION

For the foregoing reasons, defendant respectfully requests that this consent motion to amend the existing scheduling order, and to enlarge time for the remaining discovery and dispositive motion briefing be granted. A proposed order is attached.


Dated: May 22, 2006.


          Respectfully submitted,

          /s/

          KENNETH L. WAINSTEIN, D.C. BAR # 451058
          United States Attorney


          /s/

          RUDOLPH CONTRERAS, D.C. BAR # 434122
          Assistant United States Attorney

          /s/

          HEATHER D. GRAHAM-OLIVER
          Assistant United States Attorney
          Judiciary Center Building
          555 4th St., N.W.
          Washington, D.C. 20530
          (202) 305-1334

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    :
ESTHER GRACE SIMMONS,               :
                                    :
                                    :
          Plaintiff,                :
                                    :
          V.                        :     CASE NUMBER:   1:05CV01828
                                    :
CHRISTOPHER COX,                    :     JUDGE: Royce C. Lamberth
as and in his capacity as           :
CHAIRMAN OF THE                     :
SECURITIES AND EXCHANGE             :
COMMISSION,                         :
                                    :
          Defendant.                :
_____:

## AMENDED ORDER

UPON CONSIDERATION of the Consent Motion to Amend the Scheduling Order the grounds stated therefor and the entire record in this matter, it is by the Court this ____ day of _____, 2006, hereby

ORDERED that the said motion be and hereby is granted; and it is

FURTHER ORDERED that the following dates shall be the new deadlines that the parties will observe:

| | |
|---|---|
| June 30, 2006 | Completion date for all discovery |
| July 14, 2006 | Defendant's expert designation, if any |
| August 15, 2006 | Deadline for filing dispositive motions |
| September 1, 2006 | Deadline for filing oppositions |
| September 15, 2006 | Deadline for filing replies |
| October 16, 2006 | Tentative Pretrial Conference |

- 4 -

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Date: _____