UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
**ESTHER GRACE SIMMONS**            )
                                    )
    **Plaintiff,**           )
                                    )
    v.                        )    Civil Action No. 05-1828 (RCL)
                                    )
**CHRISTOPHER COX,**                )
as and in his capacity as           )
**CHAIRMAN OF THE SECURITIES**      )
**AND EXCHANGE COMMISSION,**        )
                                    )
    **Defendant.**           )
_____ )

## ORDER

    Upon consideration of the Consent Motion [14] to Amend the Scheduling Order the grounds stated therefor and the entire record in this matter, it is hereby,

    ORDERED that the said motion is GRANTED; and it is further

    ORDERED that the following dates shall be the new deadlines that the parties will observe:

        June 30, 2006 Completion date for all discovery
        July 14, 2006 Defendant's expert designation, if any
        August 15, 2006 Deadline for filing dispositive motions
        September 1, 2006 Deadline for filing oppositions
        September 15, 2006 Deadline for filing replies


    SO ORDERED.


Signed by Royce C. Lamberth, United States District Judge, May 24, 2006.