UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTHER GRACE SIMMONS, | : |
| Plaintiff, | : |
| V. | : C.A. No. 05-1828 (RCL) |
| CHRISTOPHER COX,<br>as and in his capacity as<br>CHAIRMAN OF THE<br>SECURITIES AND EXCHANGE<br>COMMISSION, | : |
| Defendant. | : |

**JOINT MOTION TO AMEND SCHEDULING ORDER AND ENLARGE TIME FOR
REMAINING DISCOVERY AND SUMMARY JUDGMENT BRIEFING**

Defendant, Christopher Cox, Chair, the Securities Exchange Commission (SEC), pursuant to Rule 6, Fed. R. Civ. P., respectfully moves to amend the current scheduling order and enlarge the time for the remaining dispositive motion briefing. The due dates requested in this motion were selected in consultation with plaintiff's counsel, who consents to the entry of the relief requested by this motion.

The current scheduling order is as follows:

| | |
|---|---|
| June 30, 2006 | Completion date for all discovery |
| August 15, 2006 | Deadline for filing dispositive motions |
| September 1, 2006 | Deadline for filing oppositions |
| September 15, 2006 | Deadline for filing replies |
| October 16, 2006 | Tentative Pretrial Conference |

By way of background, this is a Title VII action in which plaintiff is alleging retaliation, as well as race and gender discrimination as a result of her termination from the SEC.

To date, the parties have completed written discovery. The extended time schedule will give the parties the opportunity to complete all necessary depositions. Some of the witnesses to be deposed are located in Savannah, Georgia.

Good cause exists for the granting of this motion. The completion of discovery has been complicated by the travel schedules, including family vacation schedules, of the people whose input is necessary for the preparation of discovery submissions, including counsel for the parties. A representative, non-exclusive sample of defense counsel's responsibilities include, but are not limited to:

- Responding to discovery requests on behalf of the United States in Kalil v. USDA, Civ. Act. No. 01-2194 (RJL).

- Continuing efforts to negotiate a settlement in Schmidt v. Dep't of Labor, D.C. Cir. Case No. 04-5405 (mediation on-going).

- Continuing efforts to negotiate a settlement in Rountree v. USDA, D.C. Cir. Case No. 06-5056.

- Continuing to Investigate and Respond to the complaint in Legnini v. U.S.A, Civ. No. 06-0012 (RJL).

- Continuing to Investigate and Respond to the complaint in Ball v. U.S.A., Civ. Act. No. 06-0059 (RMU)

- Preparing for Trial scheduled on July 27, 2006, in David v. Billington, Library of Congress, Civ. Act. No. 04-0985 (JR)

A representative, non-exclusive sample of plaintiff's counsel's responsibilities include, but are not limited to:

- Preparing for mediation and participation in mediation before the Office of Compliance in the matter of <u>Jeffrey Ward v. Architect of the Capitol</u>, on June 9, 2006.

- Preparing and filing a complaint with the Equal Employment Opportunity Commission in the matter of <u>Joan Stodgel v. MAXIMUS, Inc.</u>, on June 15, 2006.

- Preparing and filing an amended complaint with the Equal Employment Opportunity Commission in the matter of <u>Rosalyn Walston Kennedy v. Regal Entertainment Group,</u> EEOC Charge No. 570-2006-00633, on June 15, 2006.

- Attending the National Employment Lawyers Association national convention in San Francisco, June 22-27, 2006.

- Preparing for mediation and participating in mediation before the D.C. Office of Human Rights in the matter of <u>Zoltan Szekely v. Gallaudet University</u>, on June 28, 2006.

- Preparing discovery requests and responses in <u>Oliver-Patterson v. Washington Neurological Associates,</u> D.C. Commission on Human Rights, Case No. 03-528-P (CN), during June 2006.

- Preparing affidavits for the Equal Employment Opportunity Commission in the matter of <u>Vienman Tran v. Total Marketing Solutions, Inc.</u>, EEOC Case No. 12F-2006-03839, in the matter of <u>J. Ram Ray v. National Marrow Donor Program,</u> EEOC Charge No. 570-2006-01013, and in the matter of <u>Joan Stodgel v. MAXIMUS, Inc.</u>, in June 2006.

- Continuing efforts to negotiate a settlement in <u>J. Ram Ray v. National Marrow Donor Program,</u> EEOC Charge No. 570-2006-01013, <u>Geraldine Crabill v. Lockheed Martin Corporation,</u> MC OHR Charge No. E-03875 and <u>Ho-Won Jeong v. George Mason University,</u> EEOC Charge No. 100-2005-00235 in June 2006.

- Preparing a dispositive motion and discovery motions in <u>Hampden Lane LLC v. Anissa Harris</u>, Civil No. 265931-V (Mont. Cty. Cir. Ct.), in June 2006.

- Preparing for hearings and participating in hearings on May 16 and June 20 in <u>Bishop v. United States,</u> Case No. 03-446C (Fed. Cl), and preparing for trial, which is scheduled for August 16-18, 2006.

It will not prejudice either party or the Court to grant the requested enlargement of time.

Indeed, the requested enlargement is reasonably necessary to allow completion of discovery.

## CONCLUSION

For the foregoing reasons, the parties respectfully request that this joint motion to amend the existing scheduling order, and to enlarge time for the remaining discovery and dispositive motion briefing be granted. A proposed order is attached.

Dated: June 29, 2006.

Respectfully submitted,

/s/
_____
Alan Banov , Esq.
Maria Bremis, Esq.
ALAN BANOV & ASSOCIATES
1819 L Street, NW
Suite 700
Washington, DC 20036
(202) 822-9699

/s/
_____
KENNETH L. WAINSTEIN,
D.C. BAR # 451058
United States Attorney

/s/
_____
RUDOLPH CONTRERAS,
D.C. BAR # 434122
Assistant United States Attorney

/s/
_____
HEATHER D. GRAHAM-OLIVER
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W.
Washington, D.C. 20530
(202) 305-1334