UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ESTHER GRACE SIMMONS, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| V. | : | C.A. No. 05-1828 (RCL) |
| | : | |
| CHRISTOPHER COX, as and in his capacity as CHAIRMAN OF THE SECURITIES AND EXCHANGE COMMISSION, | : | |
| | : | |
| Defendant. | : | |

**AMENDED ORDER**

UPON CONSIDERATION of the Joint Motion to Amend the Scheduling Order the grounds stated therefore and the entire record in this matter, it is by the Court this ____ day of _____, 2006, hereby

ORDERED that the said motion be and hereby is granted; and it is

FURTHER ORDERED that the following dates shall be the new deadlines that the parties will observe:

| | |
|---|---|
| August 25, 2006 | Completion date for all discovery; |
| September 12, 2006 | Defendant's expert designation, if any; |
| September 15, 2006 | Deadline for filing dispositive motions; |
| October 16, 2006 | Deadline for filing opposition to dispositive motions; |

| | |
|---|---|
| October 30, 2006 | Deadline for filing replies to said opposition; and |
| November 16, 2006 | Tentative Pretrial Conference |

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Date: _____