## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ESTHER GRACE SIMMONS** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Civil Action No. 05-1828 (RCL)** |
| ) | |
| **CHRISTOPHER COX,** ) | |
| **as and in his capacity as** ) | |
| **CHAIRMAN OF THE SECURITIES** ) | |
| **AND EXCHANGE COMMISSION,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

### ORDER

Upon consideration of the Joint Motion [17] to Amend the Scheduling Order the grounds stated therefore and the entire record in this matter, it is hereby,

ORDERED that the said motion be and hereby is granted; and it is

FURTHER ORDERED that the following dates shall be the new deadlines that the parties will observe:

August 25, 2006 Completion date for all discovery;

September 12, 2006 Defendant's expert designation, if any;

September 15, 2006 Deadline for filing dispositive motions;

October 16, 2006 Deadline for filing opposition to dispositive motions;

October 30, 2006 Deadline for filing replies to said opposition and a status conference will be scheduled to set dates for pretrial and trial after disposition of any dispositive motions.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, June 30, 2006.