UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

ESTHER GRACE SIMMONS,

                Plaintiff,

                V.              CASE NUMBER: 05-1828

CHRISTOPHER COX,              JUDGE: Royce C. Lamberth
as and in his capacity as
CHAIRMAN OF THE
SECURITIES AND EXCHANGE
COMMISSION,

                Defendant.

_____

**JOINT MOTION TO AMEND SCHEDULING ORDER AND ENLARGE TIME FOR REMAINING DISCOVERY AND SUMMARY JUDGMENT BRIEFING**

The parties, pursuant to Rule 6, Fed. R. Civ. P., respectfully move to amend the current scheduling order and enlarge the time for the remaining dispositive motion briefing.

The current scheduling order is as follows:

| | |
|---|---|
| August 25, 2006 | Completion date for all discovery |
| September 15, 2006 | Deadline for filing dispositive motions |
| October 16, 2006 | Deadline for filing oppositions |
| October 30, 2006 | deadline for filing replies |

By way of background, this is a Title VII action in which plaintiff is alleging retaliation, as well as race and gender discrimination as a result of her termination from the SEC. The parties agreed to ADR prior to the end of discovery and the mediation session was held on April 6, 2006, but was not successful.

- 2 -

To date, the parties have exchanged written discovery requests and responses, subject to a protective order issued by the Court on May 24, 2006, and have noticed depositions in the case. However, Plaintiff has requested further discovery responses from Defendant because Plaintiff did not view the original responses as complete.

On July 10, 2006, Plaintiff's counsel wrote Defendant's counsel a letter indicating how Defendant's responses were deficient. Because of defense counsel's trial schedule, to date, Defendant has been unable to respond to this letter. Plaintiff's counsel cannot conduct the noticed depositions in this case, currently scheduled for August 10-17, 2006, without complete discovery responses from Defendant. Defense counsel has noticed plaintiff's deposition and the depositions of four other witnesses for the week of August 14, 2006. Plaintiff's counsel is out of town during that timeframe. The extended time schedule will give Defendant the opportunity to respond to Plaintiff's counsel's letter and give the parties the opportunity to complete all noticed depositions.

Further, both Plaintiff's counsel and Defendant's counsel have numerous scheduling conflicts in the months of August and September, making it difficult to schedule depositions in this case.

## **CONCLUSION**

For the foregoing reasons, the parties respectfully requests that this motion to amend the existing scheduling order, and to enlarge time for the remaining discovery and dispositive motion briefing be granted. A proposed order is attached.

Respectfully submitted,

/s/

_____
Alan Banov #95059
Maria Bremis #475822
ALAN BANOV & ASSOCIATES
1819 L Street, N.W., Suite 700
Washington, D.C. 20036-3830
(202) 822-9699
Fax: (202) 842-9331
Attorneys for Plaintiff

/s/

_____
Kenneth L. Wainstein # 451058
United States Attorney

/s/

_____
Rudolph Contreras # 434122
Assistant United States Attorney

/s/

_____
Heather D. Graham-Oliver
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W.
Washington, D.C.  20530
(202) 305-1334

- 3 -

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ESTHER GRACE SIMMONS, : | |
| : | |
| Plaintiff, : | |
| : | |
| V. : | CASE NUMBER:   1:05CV01828 |
| : | |
| CHRISTOPHER COX, : | JUDGE: Royce C. Lamberth |
| as and in his capacity as : | |
| CHAIRMAN OF THE : | |
| SECURITIES AND EXCHANGE : | |
| COMMISSION, : | |
| : | |
| Defendant. : | |

**AMENDED ORDER**

UPON CONSIDERATION of the Consent Motion to Amend the Scheduling Order the grounds stated therefor and the entire record in this matter, it is by the Court this ____ day of _____, 2006, hereby

ORDERED that the said motion be and hereby is granted; and it is

FURTHER ORDERED that the following dates shall be the new deadlines that the parties will observe:

| | |
|---|---|
| October 30, 2006 | Completion date for all discovery |
| November 14, 2006 | Defendant's expert designation, if any |
| December 14, 2006 | Deadline for filing dispositive motions |
| January 2, 2007 | Deadline for filing oppositions |
| January 16, 2007 | Deadline for filing replies |

SO ORDERED.

- 4 -

_____
UNITED STATES DISTRICT JUDGE

Date: _____