UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **ESTHER GRACE SIMMONS** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-1828 (RCL) |
| | ) | |
| **CHRISTOPHER COX,** | ) | |
| as and in his capacity as | ) | |
| **CHAIRMAN OF THE SECURITIES** | ) | |
| **AND EXCHANGE COMMISSION,** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### ORDER

Upon consideration of the Consent Motion [19] to Amend the Scheduling Order the grounds stated therefor and the entire record in this matter, it is hereby

ORDERED that the said motion be and hereby is granted; and it is

FURTHER ORDERED that the following dates shall be the new deadlines that the parties will observe:

| | |
|---|---|
| October 30, 2006 | Completion date for all discovery |
| November 14, 2006 | Defendant's expert designation, if any |
| December 14, 2006 | Deadline for filing dispositive motions |
| January 2, 2007 | Deadline for filing oppositions |
| January 16, 2007 | Deadline for filing replies |

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, August 17, 2006.