UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                         :

ESTHER GRACE SIMMONS,        :
                                           :
                                           :
                    Plaintiff,      :
                                           :
                v.                 :     Civil Action No:  05-1828 (RCL)
                                           :
CHRISTOPHER COX,          :
as and in his capacity as       :
CHAIRMAN OF THE          :
SECURITIES AND EXCHANGE  :
COMMISSION,             :
                                           :
                    Defendant.   :
_____:

**CONSENT MOTION TO AMEND SCHEDULING ORDER AND ENLARGE TIME FOR
REMAINING DISCOVERY AND SUMMARY JUDGMENT BRIEFING**

      Pursuant to Rule 6, Fed. R. Civ. P., Plaintiff, Esther Grace Simmons, with the consent of

the Defendant, respectfully moves the Court to amend the current scheduling order and enlarge

the time for the remaining dispositive motion briefing.

      The current scheduling order is as follows:

| | |
|---|---|
| October 30, 2006 | Completion date for all discovery |
| November 14, 2006 | Defendant's expert designation |
| December 14, 2006 | Deadline for filing dispositive motions |
| January 2, 2006 | Deadline for filing oppositions |
| January 16, 2006 | deadline for filing replies |

      By way of background, this is a Title VII action in which plaintiff is alleging retaliation,

as well as race and gender discrimination, by the SEC in removing her.  The parties agreed to

ADR prior to the end of discovery, and the mediation session was held on April 6, 2006, but was not successful.

To date, the parties have exchanged written discovery requests and responses, subject to a protective order issued by the Court on May 24, 2006, and have noticed depositions in the case. Plaintiff requested further discovery responses from Defendant, and Defendant provided supplemental responses. The parties are conferring as to whether those responses are complete.

Due to the schedules of the witnesses, parties, and attorneys in this case, as well as misunderstandings between the counsels, the parties were not able to schedule depositions before November 2006. The parties have tentatively scheduled depositions for four witnesses in this case during the month of November, 2006. The extended time schedule requested herein will allow the parties to conduct such depositions without diminishing the amount of time available to them to file dispositive motions or responses.

## CONCLUSION

For the foregoing reasons, Plaintiff, with the consent of Defendant, respectfully requests that the Court amend the existing scheduling order to enlarge time for conducting discovery and filing dispositive motions. A proposed order is attached.

Respectfully submitted,

/s/
_____
ALAN BANOV #95059
MARIA BREMIS #475822
ALAN BANOV & ASSOCIATES
1819 L Street, N.W., Suite 700
Washington, D.C. 20036-3830
(202) 822-9699
Fax: (202) 842-9331
Attorneys for Plaintiff

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 27, 2006, a copy of the foregoing Consent Motion to

Amend Scheduling Order and Enlarge Time for Remaining Discovery and Summary Judgment

Briefing was served by mail, postage pre-paid, upon the following attorney for defendant:

Heather Graham-Oliver, Esq.
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C.  20530


_____
MARIA BREMIS

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                        :
ESTHER GRACE SIMMONS,                   :
                                        :
                                        :
                   Plaintiff,           :
                                        :
           v.                           :        Civil Action No:  1:05CV01828 (RCL)
                                        :
CHRISTOPHER COX,                        :
as and in his capacity as               :
CHAIRMAN OF THE                         :
SECURITIES AND EXCHANGE                 :
COMMISSION,                             :
                                        :
                   Defendant.           :
_____:

## **ORDER**

        UPON CONSIDERATION of the Joint Motion to Amend the Scheduling Order, the

grounds stated therein, and the entire record in this matter, it is by the Court this _____ day of

_____, 2006, hereby

        ORDERED that the said motion be and hereby is GRANTED; and it is

        FURTHER ORDERED that the parties will observe the following new deadlines in this

case:

|  |  |
|---|---|
| December 4, 2006 | Completion date for all discovery |
| January 16, 2007 | Defendant's expert designation, if any |
| February 16, 2007 | Deadline for filing dispositive motions |
| March 2, 2007 | Deadline for filing oppositions |
| March 16, 2007 | Deadline for filing replies |

SO ORDERED.

_____
ROYCE C. LAMBERTH
UNITED STATES DISTRICT JUDGE

Date: _____