UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ESTHER GRACE SIMMONS** )<br>)<br>  **Plaintiff,** )<br>)<br>  v. )<br>)<br>**CHRISTOPHER COX,** )<br>as and in his capacity as )<br>**CHAIRMAN OF THE SECURITIES** )<br>**AND EXCHANGE COMMISSION,** )<br>)<br>  **Defendant.** )<br>) | Civil Action No. 05-1828 (RCL) |

## ORDER

Upon consideration of the Joint Motion [21] to Amend the Scheduling Order, the grounds stated therein, and the entire record in this matter, it is hereby

ORDERED that the said motion be and hereby is GRANTED; and it is

FURTHER ORDERED that the following dates shall be the new deadlines that the parties will observe:

| | |
|---|---|
| December 4, 2006 | Completion date for all discovery |
| January 16, 2007 | Defendant's expert designation, if any |
| February 16, 2007 | Deadline for filing dispositive motions |
| March 2, 2007 | Deadline for filing oppositions |
| March 16, 2007 | Deadline for filing replies |

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, November 1, 2006.