UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ESTHER GRACE SIMMONS,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**CHRISTOPHER COX,** )<br>as and in his capacity as )<br>**CHAIRMAN OF THE SECURITIES** )<br>**AND EXCHANGE COMMISSION,** )<br>)<br>**Defendant.** )<br>_____ ) | Civil Action No. 05-1828 (RCL) |

**ORDER**

_____ UPON CONSIDERATION of Defendant's Motion for Summary Judgment, and the entire record herein, it is this ____ day of _____, 2007, hereby

ORDERED, that Defendant's motion is GRANTED.

_____
**UNITED STATES DISTRICT JUDGE**