UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTHER GRACE SIMMONS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CHRISTOPHER COX, )<br>as and in his capacity as )<br>CHAIRMAN OF THE SECURITIES )<br>AND EXCHANGE COMMISSION, )<br>)<br>Defendant. )<br>_____) | Civil Action No. 05-1828 (RCL) |

### NOTICE REGARDING EXHIBITS

Now comes the Defendant and hereby notifies the Court of the filing of the exhibits numbered one through forty-four (1-44) in CD-ROM format, with a copy to be provided to Plaintiff.

| Exhibit No. | Description |
|---|---|
| 1 | Nicole R. Woodward Declaration |
| 2 | Herbert Scholl Declaration |
| 3 | Herbert Scholl Deposition |
| 4 | Herbert Scholl Arbitration Testimony |
| 5 | Merit Promotion Certification GS - 9 |
| 6 | Final Agency Decision |
| 7 | Deposition of Esther Grace Simmons |
| 8 | Grievance Arbitration Hearing Transcript |
| 9 | Eileen Halpin Declaration |

| 10 | Performance Improvement Plan (PIP) I Notice, October 1, 2002 |
|---|---|
| 11 | Performance Improvement Plan (PIP) II Notice, June 24, 2004 |
| 12 | Performance Evaluation, August 27, 2000 to April 30, 2001 |
| 13 | E-mail from Landy to Scholl, dated March 8, 2002 |
| 14 | E-mail from Landy to Scholl, dated February 4, 2002 |
| 15 | E-mail from Landy to Scholl, dated November 16, 2001 |
| 16 | E-mail from Fein-Helfman to Scholl, dated November 2, 2001 |
| 17 | Performance Evaluation, May1, 2001 to April 30, 2002 |
| 18 | E-mail from Landy to Scholl, dated July 1, 2003 |
| 19 | Demotion Decision Letter |
| 20 | Grievance Arbitration Award |
| 21 | Grievance |
| 22 | Memo from Simmons to Beller & Daly Re: "personality conflict" |
| 23 | E-mail from Landy to Scholl, dated February 17, 2004 |
| 24 | E-mail from Landy to Scholl, dated January 20, 2004 |
| 25 | E-mail from Fein-Helfman to Simmons, dated August 3, 2004 |
| 26 | E-mail from Fein-Helfman to Scholl, dated August 3, 2004 |
| 27 | E-mail from Fein-Helfman to Scholl: e-mail string beginning August 2, 2004 |
| 28 | E-mail from Landy to Simmons, dated February 17, 2004 |
| 29 | E-mail from Landy to Scholl, dated October 1, 2003 |
| 30 | E-mail from Landy to Scholl Re Elizabeth Tsai's e-mail, dated July 15, 2003 |
| 31 | Performance Appraisal, October 3, 2003 to April 30, 2004 |
| 32 | Notice of Proposed Removal |
| 33 | James M. Daley Declaration |
| 34 | Arbitration Testimony Valerie Lewis |
| 35 | Valerie Lewis Deposition |

| 36 | Written Reply of plaintiff, Esther Grace Simmons |
| --- | --- |
| 37 | Removal Decision |
| 38 | Scholl Hand-written Notes Re: Cheryl Dixon |
| 39 | Arbitration Testimony of plaintiff Esther Grace Simmons |
| 40 | Reference Letter of Valerie Lewis |
| 41 | Valerie Lewis Declaration |
| 42 | Equal Employment Opportunity (EEO) Counselor's Report |
| 43 | EEO Letter, April 6, 2005 |
| 44 | David Pinansky Declaration |

Respectfully submitted,

/s/
_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


/s/
_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


_____/s/
_____
HEATHER D. GRAHAM-OLIVER
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W.
Washington, D.C.  20530
(202) 305-1334