UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTER GRACE SIMMONS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:05CV01828 (RCL) |
| ) | |
| CHRISTOPHER COX, ) | |
| As and in his capacity as ) | |
| CHAIRMAN OF THE ) | |
| SECURITIES & EXCHANGE COMMISSION, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

## PLAINTIFF'S CONSENT MOTION FOR EXTENSION OF TIME

Pursuant to Fed. R. Civ. P. 6(b) and LCvR 16.4, Plaintiff Esther Grace Simmons, by her undersigned counsel and with defendant's consent, hereby moves the Court to enlarge her time to file and serve her Opposition to Defendant's Motion for Summary Judgment from March 2, 2007, to and including March 16, 2007, and in support of this motion states:

1.	Defendant filed its motion on February 16, 2007.  Plaintiff's Opposition is currently due to be filed and served by March 2, 2007.

2.	The father of plaintiff's counsel, Alan Banov, is currently dying in Charleston, South Carolina, and Mr. Banov expects that he will have to fly to Charleston within the next day or two to be with his father and make funeral arrangements.[1]

3.	In addition, plaintiff's counsel have been and will be heavily involved in other litigation during the next couple of weeks (most of which will need to be rescheduled due to the death of Mr. Banov's father), including the following, among others:  preparing for trial in *Hampden Lane LLC v. Anissa Harris* (Mont. Cty. Cir. Ct.), Civil No. 265931-V, which was

---

[1]	Also, Mr. Banov was out of the office on February 23-26, visiting his father.

2

resolved by a motion at a hearing on February 20; a pre-hearing submission in *Oliver-Patterson v. Washington Neurological Associates*, Case No. 03-358-P (D.C. Com'm on Human Rights), filed on February 28, 2007; an opposition to a motion for summary judgment in *Griffith v. Cox*, EEOC Case No. 570-2006-00464X, which is presently due on March 1, 2007, and for which plaintiff will seek an extension; a motion to compel in *McFarlane v. New Leaders for New Schools*, C.A. No. 04-0008506 (D.C. Super. Ct.), which is currently due on March 2, 2007, and for which plaintiff will seek an extension; a hearing scheduled for March 5, 2007, in the case of a proposed removal of a federal employee; a written reply, in opposition to the proposed removal of another federal employee, which is due by March 5, 2007, with his oral reply currently scheduled for March 8, 2007; and mediation in *Hunter v. WASA,* C.A. No. 05-0003817 (D.C. Super. Ct.), scheduled for March 13, 2007.

    4.    In addition, the only associate of plaintiff's counsel, Wendy Byndloss, is leaving his firm and moving out of the area in the next couple of weeks. Plaintiff's counsel hopes to replace Ms. Byndloss shortly, but, due to the press of his litigation schedule and his father's condition, he has not had much time to interview other candidates or take other steps to replace her.

    5.    Plaintiff's counsel has contacted Heather Graham-Oliver, defendant's counsel, and she has consented to this motion, provided defendant may have until April 5, 2007 to file and serve their reply.

    6.    For the foregoing reasons, plaintiff respectfully requests that the Court grant this consent motion and extend the time in which plaintiff must file her Opposition to Defendant's

3

Motion for Summary Judgment from March 2, 2007, to and including March 16, 2007, and the time in which defendant may file its reply to April 5, 2007.

                          Respectfully submitted,

                          /s/

                        _____

                        Alan Banov #95059
                        ALAN BANOV & ASSOCIATES
                        1819 L Street, N.W., Suite 700
                        Washington, D.C. 20036-3830
                        (202) 822-9699
                        Fax: (202) 842-9331
                        ab@banovlaw.com
                        Attorney for Plaintiff