UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTER GRACE SIMMONS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:05CV01828 (RCL) |
| | ) |
| CHRISTOPHER COX, | ) |
| As and in his capacity as | ) |
| CHAIRMAN OF THE | ) |
| SECURITIES & EXCHANGE COMMISSION, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| _____ | ) |

## ORDER

Upon Consideration of the Plaintiff's Consent Motion for Extension of Time, the grounds stated therefore, and the record in this matter, it is by the Court this ____ day of March, 2007, hereby

ORDERED that the said motion be and hereby is GRANTED; and it is

FURTHER ORDERED that Plaintiff may file and serve her opposition to Defendant's Motion for Summary Judgment on or before March 16, 2007, and that Defendant may file and serve its reply to Plaintiff's opposition by April 5, 2007.

SO ORDERED.

                                                                                                 _____
                                                                                                 ROYCE C. LAMBERTH
                                                                                                 UNITED STATES DISTRICT JUDGE

Date: _____

Copies to:

Alan Banov, Esq.
Alan Banov & Associates
1819 L Street, N.W., Suite 700
Washington, D.C. 20036-3830

Heather Graham-Oliver, Esq.
Assistant U.S. Attorney
555-4th Street, N.W., 10th Floor
Washington, DC 20530