UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTER GRACE SIMMONS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:05CV01828 (RCL) |
| | ) |
| CHRISTOPHER COX, | ) |
| As and in his capacity as | ) |
| CHAIRMAN OF THE | ) |
| SECURITIES & EXCHANGE COMMISSION, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| _____ | ) |

**PLAINTIFF'S SECOND CONSENT MOTION FOR EXTENSION OF TIME**

Pursuant to Fed. R. Civ. P. 6(b) and LCvR 16.4, Plaintiff Esther Grace Simmons, by her undersigned counsel and with defendant's consent, hereby moves the Court to enlarge her time to file and serve her Opposition to Defendant's Motion for Summary Judgment from March 16, 2007, to and including March 30, 2007, and in support of this motion states:

1. Defendant filed its motion on February 16, 2007. Plaintiff's Opposition was originally currently due to be filed and served by March 2, 2007.

2. On March 1, 2007, plaintiff filed a consent motion for an extension of time because of the press of other litigation and because it appeared then that the father of plaintiff's counsel, Alan Banov, was about to die in Charleston, South Carolina.

3. On March 6, the Court granted that motion.

4. Plaintiff's counsel have made very good progress on her opposition, but will be unable to file it today for various reasons.

2

5. While plaintiff's counsel's father has been steadily deteriorating, he has not yet died. Nonetheless, the undersigned has been very preoccupied and distracted by his father's declining health.

6. Moreover, plaintiff's counsel have been and will be heavily involved in other litigation during the past couple of weeks, including the following, among others: attending a pre-hearing conference in *Oliver-Patterson v. Washington Neurological Associates*, Case No. 03-358-P (D.C. Com'n on Human Rights), on March 7, 2007; preparing a motion in limine in that case, which was filed on March 2, and preparing for a hearing in that case; preparing an opposition to a motion for summary judgment in *Griffith v. Cox*, EEOC Case No. 570-2006-00464X, which was due on March 1, 2007, and for which plaintiff has sought an extension of time; a lengthy motion to compel in *McFarlane v. New Leaders for New Schools*, C.A. No. 04-0008506 (D.C. Super. Ct.), which was filed on March 13, 2007; oral replies to proposals to remove two federal employees, on March 5 and 8, 2007; a written reply for one of them, which was submitted on March 5, 2007; preparation for a deposition in *Christmas v. United States*, Case No. 03-2363C (Fed. Cl.), to be held on March 21, 2007; and preparation of a mediation letter to Magistrate Judge Jillyn K. Schulze in *Crabill v. Lockheed Martin Corporation*, 8:07-CV-353-PJM (D. Md.), which is due to be filed by March 23.

7. In addition, the only associate of plaintiff's counsel, Wendy Byndloss, had to be out of the office for about four days last week to take care of her injured fiancé has left the firm today (March 16, 2007). Plaintiff's counsel has not yet replaced her.

8. Finally, plaintiff is awaiting the return of affidavits from her witnesses.

3

9. Plaintiff's counsel has contacted Heather Graham-Oliver, defendant's counsel, and she has consented to this motion, and requests that the Court grant her leave until April 25, 2007, to file a reply for defendant, since she will be in trial when she would need to prepare for that trial. Plaintiff consents to her request.

10. For the foregoing reasons, plaintiff respectfully requests that the Court grant this consent motion and extend the time in which plaintiff must file her Opposition to Defendant's Motion for Summary Judgment from March 16, 2007, to and including March 30, 2007, and give defendant until April 25 in which to file a reply.

        Respectfully submitted,

        /s/

Alan Banov #95059
ALAN BANOV & ASSOCIATES
1819 L Street, N.W., Suite 700
Washington, D.C. 20036-3830
(202) 822-9699
Fax: (202) 842-9331
ab@banovlaw.com
Attorney for Plaintiff