UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTER GRACE SIMMONS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:05CV01828 (RCL) |
| | ) |
| CHRISTOPHER COX, | ) |
| As and in his capacity as | ) |
| CHAIRMAN OF THE | ) |
| SECURITIES & EXCHANGE COMMISSION, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| _____ | ) |

## PLAINTIFF'S THIRD CONSENT MOTION FOR EXTENSION OF TIME

Pursuant to Fed. R. Civ. P. 6(b) and LCvR 16.4, Plaintiff Esther Grace Simmons, by her undersigned counsel and with defendant's consent, hereby moves the Court to enlarge her time to file and serve her Opposition to Defendant's Motion for Summary Judgment from March 30, 2007, to and including April 9, 2007, and in support of this motion states:

1.      Defendant filed its motion on February 16, 2007.  Plaintiff's Opposition was originally due to be filed and served by March 2, 2007.

2.      On March 1, 2007, plaintiff filed a consent motion for an extension of time because of the press of other litigation and because it appeared then that the father of plaintiff's counsel, Alan Banov, was about to die in Charleston, South Carolina.

3.      On March 6, the Court granted that motion.

4.      On March 16, 2007, plaintiff's counsel needed to file another consent motion for extension of time, this time to March 30.

2

5.      On March 26, after a period of declining health for several months, Mr. Banov's father died.  On the same day Mr. Banov went to South Carolina for the week.  Except for an hour on the plane on March 26 and a half hour on the plane today, he has been unable to make any progress this week on plaintiff's opposition.

6.      In addition, Mr. Banov has had no time to find any new associates for his firm.

7.      Plaintiff's counsel has contacted Heather Graham-Oliver, defendant's counsel, and she consents to this motion, and requests that the Court grant her leave until April 25, 2007, to file a reply for defendant.  Plaintiff consents to her request.

8.      For the foregoing reasons, plaintiff respectfully requests that the Court grant this consent motion and extend the time in which plaintiff must file her Opposition to Defendant's Motion for Summary Judgment from March 30, 2007, to and including April 9, 2007, and give defendant until April 25 in which to file a reply.

Respectfully submitted,

/s/
_____
Alan Banov #95059
ALAN BANOV & ASSOCIATES
1819 L Street, N.W., Suite 700
Washington, D.C. 20036-3830
(202) 822-9699
Fax: (202) 842-9331
ab@banovlaw.com
Attorney for Plaintiff