UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTHER GRACE SIMMONS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:05CV01828 (RCL) |
| | ) |
| CHRISTOPHER COX, | ) |
| As and in his capacity as | ) |
| CHAIRMAN OF THE | ) |
| SECURITIES & EXCHANGE COMMISSION, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| _____ | ) |

**ORDER**

Upon Consideration of the Plaintiff's Third Consent Motion for Extension of Time, the grounds stated therefor, and the record in this matter, it is by the Court this ____ day of March, 2007, hereby

ORDERED that the said motion be and hereby is GRANTED; and it is further

ORDERED that deadline for Plaintiff to file and serve her opposition to Defendant's Motion for Summary Judgment will be extended to and including April 9, 2007; and it is further

ORDERED that defendant may file and serve a reply to said opposition on or before April 25, 2007.

SO ORDERED.

_____
ROYCE C. LAMBERTH
UNITED STATES DISTRICT JUDGE

Date: _____

Copies to:

Alan Banov, Esq.
Alan Banov & Associates
1819 L Street, N.W., Suite 700
Washington, D.C. 20036-3830

Heather Graham-Oliver, Esq.
Assistant U.S. Attorney
555-4th Street, N.W., 10th Floor
Washington, DC 20530