UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ESTHER GRACE SIMMONS**<br><br>   Plaintiff,<br><br>v.<br><br>**CHRISTOPHER COX,**<br>as and in his capacity as<br>**CHAIRMAN OF THE SECURITIES**<br>**AND EXCHANGE COMMISSION,**<br><br>   Defendant. | Civil Action No. 05-1828 (RCL) |

## ORDER

Upon consideration of the plaintiff's Consent Motion [26] for Extension of Time, the grounds stated therefore and the entire record in this matter, it is hereby,

ORDERED that the said motion be and hereby is GRANTED, *nunc pro tunc*, and it is

FURTHER ORDERED that plaintiff may file and serve her opposition to defendant's Motion for Summary Judgment on or before March 30, 2007 and that defendant may file and serve his reply to plaintiff's opposition by April 25, 2007.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, April 2, 2007.