UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTHER GRACE SIMMONS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:05CV01828 (RCL) |
| | ) |
| CHRISTOPHER COX, | ) |
| As and in his capacity as | ) |
| CHAIRMAN OF THE | ) |
| SECURITIES & EXCHANGE COMMISSION, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| _____ | ) |

**<u>PLAINTIFF'S FOURTH MOTION FOR EXTENSION OF TIME</u>**

Pursuant to Fed. R. Civ. P. 6(b) and LCvR 16.4, Plaintiff Esther Grace Simmons, by her undersigned counsel, hereby moves the Court to enlarge her time to file and serve her Opposition to Defendant's Motion for Summary Judgment from April 9, 2007, to and including April 11, 2007, and in support of this motion states:

1. In about 27 years of practice plaintiff's counsel cannot recall a single time he has need to ask any court for four extensions of time to oppose a motion for summary judgment and hates to indulge the Court again. However, he needs this extension to complete plaintiff's Opposition here.

2. Defendant filed its motion on February 16, 2007. Plaintiff's Opposition was originally due to be filed and served by March 2, 2007.

2

    3.      On March 1, 2007, plaintiff filed a consent motion for an extension of time because of the press of other litigation and because it appeared then that the father of plaintiff's counsel, Alan Banov, was about to die in Charleston, South Carolina.

    4.      On March 6, the Court granted that motion.

    5.      On March 16, 2007, plaintiff's counsel needed to file another consent motion for extension of time, this time to March 30.  However, on March 26, after several months of declining health, Mr. Banov's father died.  On the same day Mr. Banov went to South Carolina for the week.  Except for an hour on the plane on March 26 and a half hour on the plane on March 30, he was unable to make any progress on plaintiff's opposition during the week of March 30, so on that date filed Plaintiff's Third Motion for Extension of Time.  The Court graciously granted that motion on April 3.

    6.      Despite his best efforts, Mr. Banov is unable to complete today plaintiff's opposition, her response to defendant's statement of material facts, her own statement of material facts in dispute.  Thus, he and his part-time law clerk have spent over 24 billable hours on this opposition since March 31, including about nine hours over the past weekend and over 4.5 billable hours thus far today, but, because the case involves many hundreds of documents, he still could not complete the opposition today even if he were to stay here until midnight working on it.

    7.      During the afternoon of April 9, plaintiff's counsel has left a message and e-mailed Heather Graham-Oliver, defendant's counsel, to see if she consents to this motion.  As of the filing of this motion, she had not responded.

3

8.  For the foregoing reasons, plaintiff respectfully requests that the Court grant this motion and extend the time in which plaintiff must file her Opposition to Defendant's Motion for Summary Judgment from April 9, 2007, to and including April 11, 2007, and give defendant until April 25 in which to file a reply.

Respectfully submitted,

/s/

Alan Banov #95059
ALAN BANOV & ASSOCIATES
1819 L Street, N.W., Suite 700
Washington, D.C. 20036-3830
(202) 822-9699
Fax: (202) 842-9331
ab@banovlaw.com
Attorney for Plaintiff