UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTHER GRACE SIMMONS, )<br>   )<br>        Plaintiff, )<br>   )<br>   v.  ) | Civil Action No. 1:05CV01828 (RCL) |
| )<br>CHRISTOPHER COX, )<br>as and in his capacity as )<br>CHAIRMAN OF THE )<br>SECURITIES & EXCHANGE COMMISSION, )<br>   )<br>        Defendant. )<br>_____) | |

PLAINTIFF'S OPPOSITION TO
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Plaintiff Esther Grace Simmons, through her undersigned counsel, hereby opposes Defendant Cox's Motion for Summary Judgment and in support of her opposition states:

1. As explained in the accompanying Memorandum of Points and Authorities, the record supports plaintiff's claim that defendant discriminated against her on the basis of her race and gender by removing her and presents genuine issues of material fact, such as facts regarding plaintiff's performance, her supervisor's contrived efforts to remove her without good cause because she was an assertive, college-educated African-American woman, and the agency's failures to follow its own procedures with respect to performance improvement plans.

2. Defendant argues that plaintiff has not made out a prima facie case because it did not replace plaintiff with persons outside the protected classes (African-Americans and women). See Deft. Mot. at 15 *et seq.* However, it is settled that, to establish a discrimination complaint, the complainant need not compare herself with persons who are identically situated. *See McDonnell-Douglas Corp. v. Green*¸ 411 U.S. 792, 803 (1973); *George v. Leavitt*, 407 F.3d 405,

2

412 (D.C. Cir. 2005); *Stella v. Mineta*, 284 F.3d 135, 145 (D.C. Cir. 2002).

3. As explained in the accompanying Memorandum, the evidence also shows that plaintiff's supervisor was motivated to retaliate against her, by removing her and giving her bad references, because of her protected activities in objecting to his discrimination against her.

4. As explained in the accompanying Plaintiff's Response to Defendant's Statement of Relevant and Undisputed Facts, some of the "facts" stated in that portion of defendant's memorandum in support of its motion are <u>not relevant</u>, and <u>most</u> are disputed. Indeed, as shown in Plaintiff's Statement of Material Facts in Dispute, there are genuine issues of material facts regarding defendant's stated rationale for removing plaintiff.

WHEREFORE, plaintiff respectfully requests that the Court deny defendant's Motion for Summary Judgment with prejudice.

Respectfully submitted,

_____/s/_____
ALAN BANOV #95059
Alan Banov & Associates
1819 L Street, N.W., Suite 700
Washington, D.C. 20036
(202) 822-9699
Fax: (202) 842-9331
ab@banovlaw.com
<u>Attorney for Plaintiff</u>