UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ESTHER GRACE SIMMONS,            )
                                 )
      Plaintiff,                )
                                 )
      v.                        ) Civil Action No. 1:05CV01828 (RCL)
                                 )
CHRISTOPHER COX,                 )
as and in his capacity as        )
CHAIRMAN OF THE                  )
SECURITIES & EXCHANGE COMMISSION,)
                                 )
      Defendant.                )
_____)

## ORDER

Upon consideration of Defendant's Motion for Summary Judgment, Plaintiff Esther Grace Simmons's Opposition thereto, defendant's reply, and the record herein, it is hereby ORDERED that said motion be DENIED with prejudice.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, May ___, 2007

Copies to:

Alan Banov, Esq.
Alan Banov & Associates
1819 L Street, N.W., Suite 700
Washington, D.C. 20036-3830

Heather Graham-Oliver, Esq.
Assistant U.S. Attorney
555-4th Street, N.W., 10th Floor
Washington, DC 20530