UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTHER GRACE SIMMONS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CHRISTOPHER COX, )<br>as and in his capacity as )<br>CHAIRMAN OF THE )<br>SECURITIES & EXCHANGE COMMISSION, )<br>)<br>Defendant. )<br>_____) | Civil Action No. 1:05CV01828 (RCL) |

NOTICE REGARDING EXHIBITS TO PLAINTIFF'S OPPOSITION

Plaintiff Esther Grace Simmons hereby notifies the Court of the filing of Exhibits 1- 73 in CD-ROM format, with a copy to be provided to Defendant.

Exhibit Description

1. Plaintiff's Answers to Defendant's First Set of Discovery Requests to Plaintiff

2. Rebuttal [Affidavit] of Esther Grace Simmons, 7/26/05

3. Defendant's Answers to Plaintiff's Interrogatories, Admissions, and Requests for Production of Documents, 5/15/06

4. Defendant's Supplemental Objections and Responses to Plaintiff's Interrogatories, Admissions, and Requests for Production of Documents, 9/22/06

5. Letter from Howard University, 5/15/87 [P002]

6. Affidavit of Esther Grace Simmons, 4/12/07

7. Affidavit of Katie Nix, 4/7/07

8. Letter from Glen Barrentine, 7/11/97

9. Performance Award, Plaintiff, 9/14/97

10. Performance Appraisal, Plaintiff, 9/98 [SEC2591-93]

11. Affidavit of Karline Reid, 3/28/07

12. Performance Appraisal, Plaintiff, 7/99 [SEC2582-90]

13. Performance Appraisal, Plaintiff, 8/00 [SEC2569-70]

14. Performance Appraisal, Plaintiff, 6/01 [SEC2557-63]]

15. SF-50, Plaintiff, Within-grade increase, 3/28/99 [SEC 70]

16. SF-50, Plaintiff, Time-off award, 8/12/01

17.  E-mail from Landy to Scholl, 2/4/02 [SEC216]

18. FOIA Recommendation, 2/11/02 [SEC 215]

19. E-mail from Simmons, 2/11/02 [PL 0094]

20. E-mail from Simmons, 3/8/02 {SEC 212]

21. E-mail from Landy, 3/8/02 [SEC 211]

22. E-mail from Landy, 3/18/02 [SEC 210]

23. E-mail from Simmons, 4/24/02 [PL0095]

24. Memorandum from Simmons to Scholl, 5/9/02 [SEC205-6]

25. FOIA Recommendation, 5/9/02 [P070-72]

26. E-mail from Landy, 6/28/02 [P082]

27. Documents regarding Crane FOIA request, 2002 [P079-81, SEC2660-62, P123, P125]

28. FOIA Recommendation, 7/9/02 [P085]

29. E-mails, Simmons-Scholl, 8/6/02 [P101]

30. E-mail, E-mail, Simmons, 8/9/02 [P104-107]

31. E-mail, Simmons, 8/21/02 [P110]

32. E-mail, Simmons, 9/6/02 [P117]

33. FOIA chart, 10/02 [P134]

34. E-mail, Simmons, 11/19/02 [P138]

35. E-mail, Simmons, 11/19/02 [P139]

36. Memorandum from Simmons, 2/3/[03] [P043]

37. E-mail, Landy, 5/8/03 [P176]

38. E-mail, Simmons, 7/15/03 [PL0423]

39. Performance Plan, Simmons, 10/30/03 [SEC2568]

40. E-mail, Clampitt to Scholl, 2/13/04 [SEC 361]

41. E-mails, Landy, Simmons, 3/3/04 [PL0552, PL0559, PL0553]

42. E-mail, Simmons, 4/6/04 [PL0562]

43. E-mail, Simmons, 4/30/04 [PL0580]

44. Decision to select plaintiff, by Scholl, 8/4/00 [P026]

45. E-mail, Landy, 2/20/02 [P050]

46. Correspondence regarding *Rita Medical Systems, Inc.*, 3/28/02 [PL0156-57]

47. E-mail exchanges, 7/16-7/17/02 [P093]

48. FOIA Release memoranda, 10/02 [PL0293-295, 298]

49. E-mail exchanges, 1/22-22/03 [P156]

50. FOIA Recommendation, Reid and Simmons, 5/6/02 [PL0188]

51. E-mail, Simmons, 11/3/04 [P437]

52. FOIA Research and Document Retrieval Procedures, 11/04 [P432-33]

53. Letter of recommendation from Lewis, 11/23/04 [P461]

54. E-mail, Simmons to Lewis, undated

55. E-mails, Scholl-Simmons, 1/6/05

56. E-mail, Simmons to Lewis, 2/3/05 [P615}

57. Letter, Lewis to Scholl, 2/17/06 [SEC2507]

58. Email, Simmons, 3/27/02 [P056]

59. Email, Landy to Brooks, Reid and Simmons, 8/22/03 [P186]

60. Email, Landy to Brooks and Simmons, 7/17/01 [P033]

61. FOIA Recommendation, Mays and Simmons, 2000-2866 [SEC161]

62. Email, Simmons, 2/11/02 [P046]

63. Email, Simmons, 4/24/02 [P063]

64. FOIA Recommendation Mays and Simmons, 2000-2866 [SEC2705]

65. OEIA FOIA Completion Chart, 10/02 [P134]

66. Confidential Treatment Request Log, PIP, 10/1/02 – 12/31/02 [P142]

67. FOIA Request Lob, PIP, 10/1/02-12/31/02 [P143]

68. Email, Simmons, 11/19/02 [P139]

69. FOIA Request Log, 5/1/02 – 10/2/03 [P194-99]

70. Email, Simmons to Scholl, 6/8/04 [PL0605-06]

71. Email, Simmons to Scholl, 6/24/04 [PL0653]

72. Email, Simmons, 6/29/04 [PL0667]

73. Email, Simmons to Lewis, 12/6/04 [PL0888-89]

Respectfully submitted,


_____/s/_____
ALAN BANOV #95059
Alan Banov & Associates
1819 L Street, N.W., Suite 700
Washington, D.C. 20036
(202) 822-9699
Fax: (202) 842-9331
ab@banovlaw.com
<u>Attorney for Plaintiff</u>