UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTHER GRACE SIMMONS, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 05-1828 (RCL) |
| CHRISTOPHER COX,<br>as and in his capacity as<br>CHAIRMAN OF THE SECURITIES<br>AND EXCHANGE COMMISSION | ) |
| Defendant. | ) |

## ORDER AND JUDGMENT

Upon consideration of defendant's Motion [23] for Summary Judgment, plaintiff's opposition thereto, defendant's reply, the applicable law and the entire record herein, it hereby

ORDERED that defendant's Motion [23] for Summary Judgment is GRANTED.

Judgment is hereby entered for defendant, and this case stands DISMISSED WITH PREJUDICE.

SO ORDERED.


Signed by Royce C. Lamberth, United States District Judge, July 12, 2007.