# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

_Esther Grace Simmons_
Plaintiff

vs.                                  Civil Action No. _1:05CV01828 (RCL)_

_Christopher Cox_
Defendant

## NOTICE OF APPEAL

Notice is hereby given this _10th_ day of _August_, 20_07_, that _Plaintiff_

hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the judgment of this Court entered on the _12th_ day of _July_, 20_07_ in favor of _the defendant's Motion for Summary Judgement_ against said _plaintiff_.

_[signature]_
Attorney or Pro Se Litigant

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days if the United States or officer or agency is a party)

**CLERK**    Please mail copies of the above Notice of Appeal to the following at the addresses indicated:

**RECEIVED**

AUG 1 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT