UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ESTHER GRACE SIMMONS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:05CV01828 (RCL) |
| | ) | |
| CHRISTOPHER COX, | ) | |
| as and in his capacity as | ) | |
| CHAIRMAN OF THE | ) | |
| SECURITIES & EXCHANGE COMMISSION, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | September 25, 2007 |

NOTICE OF WITHDRAWAL OF APPEARANCE

TO THE CLERK OF THE COURT:

    Plaintiff Esther Grace Simmons has retained another attorney, Karl Carter, Esq., to

represent her on her appeal, *Simmons v. Cox*, No. 07-5268 (D.C. Cir.), which she had filed *pro*

*se*, and he entered his appearance several weeks ago.  Alan Banov therefore withdraws his

appearance as her attorney in this case.


                            Respectfully submitted,


                            _/s/ Alan Banov_____
                            ALAN BANOV #95059
                            Alan Banov and Associates
                            8401 Colesville Road, Suite 325
                            Silver Spring, MD 20910
                            301-588-9699
                            Fax: 301-588-9698
                            abanov@banovlaw.com[1]
                            Attorney for Plaintiff

---

[1]   Registered in the Court's ECF system under legalrun@aol.com.

CERTIFICATE OF SERVICE

I hereby certify that on September 25, 2007, I served a copy of the foregoing Notice of

Withdrawal of Appearance by first-class mail, postage-prepaid, on the following:

Ms. Esther Grace Simmons
P.O. Box 14097
Savannah, GA  31416

Karl Carter, Esq.
1050 17th St., N.W., Suite 1000
Washington, DC   20036

_/s/ Alan Banov_____
ALAN BANOV