# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 07-5268**  **September Term, 2007**

05cv01828

Filed On: February 25, 2008

[1100851]
Esther Grace Simmons,
        Appellant

v.

Christopher Cox, As and in his capacity as Chairman of the Securities & Exchange Commission,
        Appellee

**MANDATE**
Pursuant to the provisions of Fed. R. App. Pro. 41(a)

ISSUED:
BY:
ATTACHED: ___ Amending Order
___ Opinion
___ Order on Costs

**BEFORE:** Randolph, Tatel, and Garland, Circuit Judges

# ORDER

Upon consideration of the motion for summary affirmance and the response thereto, it is

**ORDERED** that the motion for summary affirmance be granted. The merits of the parties' positions are so clear as to warrant summary action. See <u>Taxpayers Watchdog, Inc. v. Stanley</u>, 819 F.2d 294, 297 (D.C. Cir. 1987) (per curiam). Appellant has not demonstrated that the reasons proffered for appellee's actions were pretextual, or that a reasonable trier of fact could infer intentional discrimination based on the evidence. See <u>McDonnell Douglas Corp. v. Green</u>, 411 U.S. 792, 802-05 (1973); <u>Teneyck v. Omni Shoreham Hotel</u>, 365 F.3d 1139, 1151 (D.C. Cir. 2004). In addition, appellant failed to establish a prima facie case of retaliation. See <u>Weber v. Battista</u>, 494 F.3d 179, 182 (D.C. Cir. 2007) (citing <u>McDonnell Douglas</u>, 411 U.S. at 802-04).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**Per Curiam**

A True Copy:
United States Court of Appeals
for the District of Columbia Circuit
By: _____ Deputy Clerk